```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :         20Cr274(DLC)
                                         :
           -v-                           :         ORDER
                                         :
LUIS MEDINA,                             :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter having been assigned to this Court, it is hereby

ORDERED that a conference is scheduled for Monday, **June 22, 2020** at **2:00 p.m.** A trial date will be set at that conference. In the event the defendant has not already been arraigned, the conference will also include his arraignment.

IT IS FURTHER ORDERED that, in light of the ongoing COVID-19 pandemic, the conference will take place as a Skype for Business videoconference, if the defendant consents and if Skype for Business is reasonably available. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/FDGJY57T.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

```
Call-in number:    917-933-2166
Conference ID:     463878592
```

IT IS FURTHER ORDERED that by **11:00 a.m.** on the day of the conference, Monday, **June 22, 2020,** defense counsel shall file a letter informing the Court whether the defendant consents and whether counsel and the defendant have successfully tested Skype for Business.  If the defendant consents, but the defendant and counsel are unable to successfully test Skype for Business, the June 22 conference will proceed as a telephone conference, as opposed to a Skype for Business videoconference.  If the hearing proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

```
Dial-in:           888-363-4749
Access code:       4324948
```

IT IS FURTHER ORDERED that should the defendant consent to proceed by videoconference, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with the defendant.  If the defendant is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel

3

shall file the executed form prior to the proceeding.  In the event the defendant consents, but counsel is unable to obtain or affix the defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the defendant's signature to the form.

Dated:    New York, New York
          June 19, 2020

                                       _____
                                              DENISE COTE
                                       United States District Judge