**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2020

VIA ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Luis Medina, 20 CR 274

Dear Judge Cote:

      As directed by the Court, I write in advance of today's initial conference regarding the method by which the conference can be held. Mr. Medina does not have access to Skype for Business and will not be able to participate via videoconferencing. He consents to participate telephonically. I am attaching a Consent to Proceed by Teleconference form which I have reviewed with Mr. Medina with the assistance of a Spanish interpreter. Mr. Medina gave me permission to sign on his behalf.

Respectfully submitted,

      /s/
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

> The June 22, 2020 initial conference shall proceed by telephone using the following dial-in credentials:
>
>     Dial-in: 888-363-4749
>     Access code: 4324948
>
> The parties shall use a landline if available.
> 6.22.2020
>
> /s/ Denise Cote
> DENISE COTE
> United States District Judge

cc:   AUSA James Ligtenberg (via ECF)