UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Luis Medina

                       Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 274 ( ) ( )

Defendant __Luis Medina__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__/s/ Luis Medina by JLG__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Luis Medina__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Julia Gatto__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

June 24, 2020
Date

__[signature]__
DENISE COTE
United States District Judge