**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 10, 2020

VIA ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Luis Medina*, 20 CR 274 (DLC)

Dear Judge Cote:

At the last conference, at the parties' request, the Court scheduled a change-of-plea hearing for July 16, 2020. The parties, however, need additional time before Mr. Medina can enter a guilty plea and, as such, we ask that the change-of-plea hearing be removed from the Court's calendar. The parties will alert the Court as soon as we are ready to schedule Mr. Medina's guilty plea.

Thank you.

Respectfully submitted,

　　　　/s/
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

> The July 16, 2020 hearing is adjourned. By Friday, **July 17, 2020**, the parties shall submit a status letter that shall include a proposed date to reschedule the July 16 hearing. 7.13.2020.
>
> _____
> DENISE COTE
> United States District Judge

cc:   AUSA James Ligtenberg (via ECF)