```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
            -v-                          :     20cr274 (DLC)
                                         :
 LUIS MEDINA,                            :        ORDER
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having requested that the July 16, 2020 change-of-plea proceeding be adjourned, it is hereby

ORDERED that the change-of-plea proceeding is scheduled for Wednesday, **September 2, 2020** at **11:00 a.m.**

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by Friday, **August 7, 2020**:

1) If both an in-court and videoconference proceeding are available, does the defendant prefer to proceed in an in-court proceeding in Courtroom 18B, 500 Pearl Street, or through videoconference technology?

2) If an in-court proceeding is unavailable, does the defendant consent to a videoconference proceeding?

If the defendant consents to a videoconference proceeding, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the

written consent form that was attached to this Court's Order of June 22, 2020, if it is feasible to do so.

Dated:    New York, New York
          July 20, 2020

                               _____
                                  DENISE COTE
                              United States District Judge

2