```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      20Cr274(DLC)
                                         :
                -v-                      :      ORDER
                                         :
LUIS MEDINA,                             :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties jointly request in a letter of October 5, 2020, which has been filed under seal, that the date for the defendant's change of plea proceeding be adjourned from October 7 to the week of October 26. Accordingly, it is hereby

ORDERED that the change of plea hearing is rescheduled to **October 30, 2020** at **9 a.m.** At the defendant's request, the change-of-plea proceeding shall occur via videoconference as opposed to an in-court proceeding, using the CourtCall platform. Defense counsel is reminded that she will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 8:45 p.m.).

Dated:   New York, New York
         October 6, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge