```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20Cr274 (DLC)
 UNITED STATES OF AMERICA,              :
                                        :         ORDER
              -v-                       :
                                        :
 LUIS A. MEDINA,                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 6, 2020, this Court issued an Order scheduling the defendant's videoconference change of plea hearing for October 30, 2020 at 9 a.m.  The Court has since been informed that due to a conflict with another proceeding, the time must be moved.  Accordingly, it is hereby

ORDERED that the time for the change of plea hearing is rescheduled for October 30, 2020 at **2:00 p.m.** using the CourtCall platform.  Defense counsel is reminded that she will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 1:45 p.m.).

Dated:    New York, New York
          October 20, 2020

                                   _____
                                            DENISE COTE
                                   United States District Judge