```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        20cr274(DLC)
                                         :
            -v-                          :        ORDER
                                         :
LUIS A. MEDINA,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having requested that the date for the defendant's sentencing be adjourned, it is hereby

ORDERED that the sentencing proceeding is rescheduled from February 2 to **May 6, 2021** at **9:00 a.m.**

Dated:   New York, New York
         January 20, 2020

                                      _____
                                              DENISE COTE
                                      United States District Judge