```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20Cr274 (DLC)
 UNITED STATES OF AMERICA,              :
                                        :         ORDER
            -v-                         :
                                        :
 LUIS A. MEDINA,                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 20, 2021, this Court granted the parties' request to reschedule the February 5 sentencing date to **May 6, 2021** at **9 a.m.**  It is hereby

ORDERED that the Government's submission regarding sentence shall be due **April 22** and the defendant's submission shall be due **April 29**.

Dated:    New York, New York
          January 28, 2021

                              _____
                                       DENISE COTE
                              United States District Judge