```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    20cr274 (DLC)
 UNITED STATES OF AMERICA,               :
                                         :         ORDER
              -v-                        :
                                         :
 LUIS A. MEDINA,                         :
                            Defendant.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The parties having requested that the date for the defendant's sentencing be adjourned, it is hereby

ORDERED that the sentencing proceeding is rescheduled from May 6, 2021 to **June 11, 2021 at 10:00 AM**.

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **May 28** and the defendant's submission shall be due **June 4**.

Dated:   New York, New York
         April 15, 2021

                              _____
                                    DENISE COTE
                              United States District Judge