```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :      20cr274 (DLC)
UNITED STATES OF AMERICA,               :
                                        :      ORDER
           -v-                          :
                                        :
LUIS A. MEDINA,                         :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The parties having requested that the date for the defendant's sentencing be adjourned, it is hereby

ORDERED that the sentencing proceeding is rescheduled from June 11, 2021 to **July 2, 2021 at 12:00 PM**. There shall be no further adjournment without good cause shown.

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **June 18** and the defendant's submission shall be due **June 25**.

IT IS FURTHER ORDERED that the Government's letter of May 23 shall be filed under seal.

Dated:    New York, New York
          May 25, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge